No. 773. NATIONAL HELLS CANYON ASSOCIATION, INC.,
ET AL. *v.* FEDERAL POWER COMMISSION. On petition for
writ of certiorari to the United States Court of Appeals
for the District of Columbia Circuit. The motion of
Idaho Power Company to correct and amend the title is

granted and the Idaho Power Company is designated as a party respondent. *Evelyn N. Cooper* and *Lucien Hilmer* for petitioners. *R. P. Parry* and *A. C. Inman* for movant.